IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**VERNON THREADGILL #13351**                                                         **PETITIONER**

**VS.**                                       **CIVIL ACTION NO. 3:10cv378 TSL-MTP**

**ROBERT MOORE, et al.**                                                             **RESPONDENTS**

### O R D E R

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Michael T. Parker, and the court, having fully reviewed the report and recommendation entered in this cause on July 25, 2011, along with petitioner's objections thereto filed on September 1, 2011, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Michael T. Parker entered on July 25, 2011, be, and the same is hereby adopted as the finding of this court. That respondents' motion to dismiss is granted, and the petition for writ of habeas corpus is hereby dismissed without prejudice for failure to exhaust administrative remedies.

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the   20th   day of   September, 2011.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE